# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kelly Jean Ritt

Plaintiff

v.

Lynne Dingle, Mike Hatch

Defendants

Case No. Civil 00-2023 ADM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the R&R is adopted in its entirety. The motion to dismiss the petition for writ of habeas corpus is granted. The petition for writ of habeas corpus is denied. The Petition is dismissed with prejudice.

DATE: June 8, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk